### FRISKE v. STATE.
No. 26424.

Court of Criminal Appeals of Texas.
May 6, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The offense is driving a motor vehicle while intoxicated; the punishment a fine of $50.

There is nothing presented for review by this court in as much as the record on appeal contains no statement of facts or bills of exception.

The judgment is affirmed.